IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA A. FULKS,<br><br>        Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br><br>        Defendant.<br>_____/ | No. C 04-03219 MJJ<br><br>**ORDER DENYING DEFENDANT'S MOTION TO AMEND OR ALTER JUDGMENT** |

Before the Court is Defendant's motion to amend or alter judgment pursuant to Federal Rule of Civil Procedure 59(e). "Amendment or alteration is appropriate under Rule 59(e) if (1) the district court is presented with newly discovered evidence, (2) the district court committed clear error or made an initial decision that was manifestly unjust, or (3) there is an intervening change in controlling law." *Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001) (citations omitted). There may also be other, highly unusual, circumstances warranting reconsideration. *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

Defendant contends that the Court committed error by finding that the ALJ did not consider all of Plaintiff's impairments in combination. Defendant also asserts that the Court erred by finding that the ALJ improperly rejected Dr. Alvarez and Dr. Neuwelt's medical opinions. Finally, Defendant argues that the Court committed error by finding that the ALJ improperly assessed Plaintiff's credibility.

Upon consideration of Defendant's arguments, the Court finds that Defendant has not

1  demonstrated grounds for relief under Rule 59(e).  Defendant has failed to demonstrate that the
2  Court misapprehended the underlying facts or committed a manifest error of law.  Nor has defendant
3  shown that there is newly discovered evidence.  Accordingly, Defendant's motion to alter or amend
4  judgment is **DENIED**.

6  **IT IS SO ORDERED**

8  Dated: September__19__, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE