IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULKS, | No. C04-03219 MJJ |
|     Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

Pending before the Court is Plaintiff's Motion for Attorneys Fees (Doc. No. 18) . On April 19, 2006, Magistrate Judge Laporte issued a Report and Recommendation ("R&R") (Doc No. 28). Neither party filed objections to the R&R within the specified period. The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **GRANTS** Plaintiff's request for attorneys fees in the amount of $5,240.29 and costs in the amount of $150.00. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: June 12, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE